UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

FERN PARNESS,

                  Plaintiff,

-against-

EPLUS, INC. and EPLUS TECHNOLOGY, INC.,

                  Defendants.

------------------------------------- x

ORDER

20 Civ. 7266 (GBD)

GEORGE B. DANIELS, District Judge:

The initial conference scheduled to occur on January 26, 2021 at 9:30 a.m. is hereby cancelled. Oral argument on Defendants' motion to dismiss, (ECF No. 13), is scheduled for March 23, 2021 at 10:30 a.m.

Dated: January 19, 2021
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE